# EXHIBIT 5

## AFFIDAVIT OF DONALD DRENT

I, Donald Drent, declare as follows:

1. I am employed as a Senior Director at G4S Secure Solutions (USA), Inc. ("Secure Solutions" or "Company"). The facts set forth below are of my own personal knowledge, and if sworn I could and would competently testify to them.

2. Due to my tenure and position at G4S Secure Solutions, I possess knowledge regarding the Company's business operations, its corporate structure and hierarchy, and the general functions of its locations in Detroit, and I have access to employee records.

3. G4S secures people, property, and assets by understanding and mitigating security risk. G4S offers a wide range of products and services, including contract security professionals placed at client sites.

4. From January 2012 through February 2018, G4S provided contract security services to General Motors at various facilities, including GM headquarters in Michigan.

3. From January 2012 to June 2015, Christine Ross worked as a Security Officer for G4S, assigned to the GM contract.

4. Around May 2015, Ms. Ross failed to provide crucial emergency assistance to a GM employee during a life-threatening situation.

5. Specifically, due to her position, Ms. Ross was the first responding officer to a GM employee having a heart attack, but was so obese and out of shape that she had to lean against a wall and could not even bend over to render critical emergency care, such as CPR.

6. GM's Union, the UAW, filed a complaint based on the incident, citing Ms. Ross' failure to perform her essential job duties as a Security Officer.

7. As a result, Ms. Ross was referred for a fitness for duty examination, which she passed. This suggests that Ms. Ross was able to perform her duties in this life-threatening situation, but that she chose not to do so.

8. Around this same time, as a consequence of its bankruptcy, GM restructured its security positions in order to streamline operations and reduce its security budget.

9. As a result of the restructuring and her failure to report and respond to a dire, emergency situation, Ms. Ross began cycling through all of the post positions at GM, along with all of her fellow G4S security officers.

10. Ms. Ross was terminated after being placed on the schedule and registering as a no-call, no-show for three consecutive shifts.

11. As a federal contractor, G4S prioritizes disability hiring, retention, reasonable accommodations, and promotions for qualified employees with disabilities, and maintains a diverse workforce.

12. On January 31, 2018, GM terminated its contract with G4S, and all G4S Security Officer positions at GM were eliminated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 21, 2018, in Detroit, Michigan.

_____
Donald Drent

4