Exhibit E

May 26, 2015

Juanita Resar
G4S Solutions
Human Resources Specialist
Fax: 248-374-0230

Dear Ms. Resar:

My name is Christine Ross. I work at the Warren Tech Center. I am writing you this letter to discuss an issue that I am having with my patrol. My post was Dock 10, a desk position and a 32-hour position. After shift preference Deshon Hill (site coordinator), who does the scheduling, changed my position to a 37-hour position and Dock on Monday and Tuesday and Wednesday, Thursday and Friday, patrolling the building. I called her and stated that I have the highest seniority on my shift. I asked her why did she change my hours and post?

I have FMLA and cannot do excessive walking. Deshon stated that she's designated to place an officer wherever she wants and asked me if I can perform my duties, I stated that I can perform my duties but due to my medical condition (Mixed Connective Tissue Disease), I cannot do excessive walking and she said I will look into your situation and get back with you. On Tuesday, May 5, I saw Sgt. Tracy Williams and asked her did Deshon Hill look into my situation and she said Deshon said she's not going to change anything. On Wednesday, May 6, I reported to work. I began to conduct my patrols and was not trained to use the scanner or the locations of barcodes to scan the building. It took me eight hours to complete the building patrol. At approximately 2030, I saw Sgt Phil and stated to him that my foot was in a lot of pain and I don't know if I can handle this excess walking and he said to just take your time. The next day, I couldn't stand on my foot. I was bed-ridden for two days and the pain lasted a week. My doctor has ordered me to limit my walking (see FMLA report).

Ms. Resar, I'm a faithful employee, never a complaint against me and always at work on time. I never missed work. I always show courtesy to clients. I always perform my duties. I enjoy my job, but I am unable to do the foot patrols. Due to my medical condition, I am requesting that you please return me to my post at DK10.

If you require additional information or would like to speak with me, please feel free to call me at 313-372-7628.



Christine Ross Litigation
G4S 000305